IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-06004-25-CR-SJ-DGK |
| | ) | |
| BRYAN D. CARROLL, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John T. Maughmer (Doc. 526), the plea of guilty by the Defendant to Count Seven (lesser-included) of the Superseding Indictment, is now accepted and the Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated:  August 30, 2017